# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 25-7054** | **September Term, 2024** |
| | 1:24-cv-00710-JEB |
| | Filed On: July 2, 2025 |

Billy Greer,

      Appellant

  v.

Board of Trustees of the University of the
District of Columbia,

      Appellee

      **BEFORE:**    Millett, Pillard, and Katsas, Circuit Judges

# O R D E R

      Upon consideration of the motion to dismiss for lack of prosecution, the motion to extend time to file initial submissions, and the opposition thereto, it is

      **ORDERED** that the motion to dismiss be denied. The severe sanction of dismissal is not warranted based on appellant's first failure to comply with the court's deadline to file initial submissions. Appellant is cautioned, however, that any future failure to comply with the court's orders may result in dismissal of the appeal. See D.C. Cir. Rule 38; Barber v. Am. Sec. Bank, 841 F.2d 1159, 1162 (D.C. Cir. 1988) (per curiam). It is

      **FURTHER ORDERED** that the following deadlines are now established for appellant's initial submissions:

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 23, 2025 |
| Docketing Statement Form | July 23, 2025 |
| Entry of Appearance Form (Attorneys Only) | July 23, 2025 |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-7054**                                            **September Term, 2024**

| | |
|---|---|
| Statement of Intent to Utilize Deferred Joint Appendix | July 23, 2025 |
| Statement of Issues to be Raised | July 23, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | July 23, 2025 |

No further extensions of the deadlines in this order will be granted absent extraordinary circumstances.

**Per Curiam**

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

BY:    /s/
           Selena R. Gancasz
           Deputy Clerk